AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 26, 2021**

SEAN F. McAVOY, CLERK

PAUL B.,

_Plaintiff_

v.

ANDREW M. SAUL, Commissioner of Social Security,

_Defendant_

Civil Action No.   4:20-CV-5050-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that _(check one)_:

☐   the plaintiff _(name)_ _____ recover from the defendant _(name)_ _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _(name)_ _____ recover costs from the plaintiff _(name)_ _____ .

☑   other:   The Stipulated Motion for Remand, ECF No. 17, is GRANTED.  Judgment is entered for Plaintiff.  This matter is REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

This action was _(check one)_:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   Edward F. Shea   on a

Stipulated Motion for Remand, ECF No. 17.

Date:   2/26/2021

CLERK OF COURT

SEAN F. McAVOY

s/ Lennie Rasmussen

_(By) Deputy Clerk_

Lennie Rasmussen